

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 10, 2015

Jaime Luevano
#1655791
Connally Unit
899 FM 632
Kenedy, TX 78119

Temple Ramming
State Counsel for Offenders
2503 Lake Road
Huntsville, TX 77342
* DELIVERED VIA E-MAIL *

Rene M. Pena
District Attorney
1327 Third Street
Floresville, TX 78114-1961

RE:  Court of Appeals Number:  04-15-00430-CR
     Trial Court Case Number:  15-03-00028-CRK
     Style:  In re Jaime Luevano

The Relator's Petition for Pre-Writ of Habeas Corpus in the above styled and numbered cause has this date been filed.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 5-3857

cc: Denise Rodriguez (DELIVERED VIA E-MAIL)
David A. Canales (DELIVERED VIA E-MAIL)